United States District Court
Northern District of California

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN B. LOPEZ,

    Defendant.

Case No.: CR-13-00183-JSW (KAW)

ORDER MODIFYING CONDITIONS OF RELEASE

On September 18, 2013, the Court held a bail review hearing regarding the conditions of Defendant Stephen B. Lopez's pretrial release. Defendant was present, out of custody, and represented by Joyce Leavitt. Assistant United States Attorney Maureen Bessette represented the Government.

The Court hereby modifies Defendant's conditions of pretrial release to add the following conditions:

1. The defendant shall seek and maintain verifiable employment or commence an educational program at the direction of Pretrial Services, including sufficient verification of employment and income;
2. The defendant shall have a curfew from 12:00 a.m. to 6:00 a.m., during which time he must be present at the residence on file with Pretrial Services, unless otherwise directed by Pretrial Services.

IT IS SO ORDERED.

DATED: September 23, 2013

KANDIS A. WESTMORE
United States Magistrate Judge

1